UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------------x

Yocheved Weinberger, individually and on behalf of all others similarly situated,

                        Plaintiff,

-v.-

FIRSTSOURCE ADVANTAGE, LLC,

                        Defendants.

-------------------------------------------------------------------------x

Civil Action No: 3:24cv4093

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: May 9, 2024

Respectfully Submitted,

 /s/Rami Salim
Rami Salim, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
rsalim@steinsakslegal.com
 Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 5/10/2024